UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHN DOUGLAS DEWHIRST,

    Plaintiff,

v.                            Case No. 3:19cv1548-MCR-HTC

OFFICER TEER,
SERGEANT SAWYER,

    Defendants.
_____/

## REPORT AND RECOMMENDATION

On June 6, 2019, the Court ordered Plaintiff to either file a notice of voluntary dismissal or an amended complaint within thirty (30) days. ECF Doc. 4. He was also ordered to pay the filing fee or file a complete motion to proceed *in forma pauperis*. *Id.* Plaintiff did not comply with the June 6 Order within the allotted time. On July 12, 2019, the Court ordered Plaintiff to show cause within fourteen (14) days why this case should not be dismissed due to his failure to prosecute or failure to comply with a Court order. ECF Doc. 6. More than fourteen (14) days have passed and Plaintiff has not complied with the June 6 Order or responded to the July 12 Order to Show Cause.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to prosecute or failure to comply with a Court order.

2. That the clerk be directed to close the file.

At Pensacola, Florida, this 6th day of August, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.  A copy of objections shall be served upon the Magistrate Judge and all other parties.  A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:19cv1548-MCR-HTC